SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CSBN 132043)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, CA 94612
    Telephone: (510) 637-3680

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RAFAEL ADORNO, ) <br> ) <br> Defendant. ) <br> ) <br>_____ ) | No. CR-05-00803-SBA <br><br> STIPULATION AND ORDER <br> FOR CHANGE OF PLEA AND <br> <u>SENTENCING HEARING</u> |

       It is hereby stipulated, by and between the parties that the change of plea and sentencing hearing be scheduled for February 26, 2008 at 10:00 a.m.

       The parties hereby submit a proposed plea agreement for the Court's review on December 21, 2007. The plea agreement is offered under Federal Rule of Criminal Procedure 11(c)(1)(C). As a result, the parties also stipulate that the period from December 21, 2007 to February 26, 2008, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161(h)(I). This section allows for the exclusion of time when the delay is resulting from the Court's consideration of a proposed plea agreement.

//

//

As such, the parties respectfully request that the matter be scheduled for change of plea and sentencing on February 26, 2008 at 10:00 a.m.

DATED: December 21, 2007   Respectfully submitted,


                             /s/
                    KIMBERLY M. BRIGGS
                    Assistant United States Attorney

DATED:                      /s/
                    RICHARD TAMOR
                    Attorney for Rafael Adorno

Based on the stipulation of the parties above, the Court hereby finds that to allow the Court time to consider the proposed plea agreement, the time between December 21, 2007 and February 26, 2008, is excluded pursuant to 18 U.S.C. Section 3161(h)(I) of the Speedy Trial Act.

Therefore, it is hereby ordered that the change of plea and sentencing hearing shall be scheduled for February 26, 2008 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: 1/10/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge