IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00803-008 SBA |
| Plaintiff. | **ORDER** |
| v. | |
| RAFAEL ADORNO, | |
| Defendant. | |

Good cause appearing,

IT IS HEREBY ORDERED THAT the March 4, 2008 Judgment and Sentencing hearing in the above-captioned matter is CONTINUED to April 22, 2008 at 10:00 a.m.

The Court finds that the time period from January 24, 2008, through April 22, 2008, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

IT IS SO ORDERED.

Dated: 1/28/08

SAUNDRA BROWN ARMSTRONG
United States District Judge